# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

155302 (21)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARCUS MANDELLE KELLEY,
    Defendant-Appellant.

SC: 155302
COA: 334239
Oakland CC: 2011-236105-FH

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



Clerk

t0326